**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| ANDREW JAMES MCGONIGLE, *on behalf of himself and others similarly situated,* Plaintiff, | ) | Civil Action No.: 1:25-cv-00800 |
| | ) | Class Action Complaint |
| v. | ) | Jury Trial Demanded |
| ROBBINS RESEARCH INTERNATIONAL, INC. Defendant. | ) | |

## Nature of this Action

1. Andrew James McGonigle ("Plaintiff") brings this class action against Robbins Research International, Inc. ("Defendant") under the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA").

2. Upon information and good faith belief, Defendant routinely violates 47 C.F.R. § 64.1200(c) and, in turn, 47 U.S.C. § 227(c)(5), by delivering, or causing to be delivered, more than one advertisement or marketing text message to residential or cellular telephone numbers registered with the National Do-Not-Call Registry ("DNC Registry") without prior express invitation or permission required by the TCPA.

## Jurisdiction and Venue

3. This Court has subject matter jurisdiction under 47 U.S.C. § 227(c)(5) and 28 U.S.C. § 1331.

4. Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b) as a substantial portion of the events giving rise to this action occurred in this district.

5. In particular, Defendant delivered, or caused to be delivered, the subject text

messages to Plaintiff's cellular telephone in this district, and Plaintiff received the subject text messages in this district.

## Parties

6. Plaintiff is a natural person who at all relevant times resided in this District.

7. Defendant is a corporation.

## Factual Allegations

8. Plaintiff is, and since August 5, 2024, was the regular and sole user of his cellular telephone number—(804) 238-XXXX.

9. Plaintiff uses, and at all times since August 5, 2024 used, telephone number (804) 238-XXXX as his personal residential telephone number.

10. Plaintiff does not use, and at no time since August 5, 2024 used, telephone number (804) 238-XXXX for business or commercial purposes.

11. Plaintiff registered telephone number (804) 238-XXXX with the DNC Registry on on August 5, 2024, and it has been on the Do Not Call Registry since 2014.

12. Plaintiff obtained this telephone number because he moved from Florida to Virginia.

13. Plaintiff does not have a landline telephone number in his home or any other telephone number.

14. Plaintiff uses his cellular phone number for personal use only as one would use a landline telephone number in a home.

15. Plaintiff uses his cellular phone number primarily to communicate with friends and family, and also to schedule personal appointments and for other household purposes.

16. Plaintiff personally pays for his cell phone plan; it is not reimbursed by a business.

17. Defendant delivered, or caused to be delivered, text messages to telephone number (804) 238-XXXX in 2024, including on January and February 2025.

18. The text entries are below:


9:40 PM
40%
68362
Wednesday, Jan 22 • 10:17 AM
Texting with 68362 (SMS/MMS)
It's official! 🎉 You're in for the Time to Rise Summit with Tony Robbins! Here's to making 2025 your breakout year! Check out everything you need for your event right here: https://timetorisesummit.com/registration-confirmed
(Reply STOP to cancel)
Please insert a SIM card to continue


9:44 PM
4G 13%
68362
Thursday, Feb 6 • 4:54 PM
Texting with 68362 (SMS/MMS)
24 hours left before Total Transformation Package offer ends. You took massive action to join the Gold Card Experience. Take the next step and go ALL IN! Get the details: https://timetorisesummit.com/ttp
Tap to load preview
4:54 PM
Unsubscribe to stop receiving messages
Text message


9:41 PM
40%
68362
Thursday, Jan 30 • 2:29 PM
[Day 1] You're not missing this, are you? Tony's LIVE right now for the Time to Rise Summit, sharing everything you need to make this your best year yet! Join now: slktxt.io/159lg
Tap to load preview
[Day 1] Only an hour in, and the summit is buzzing! Ignite your inner power and make this your best year yet! Join ny now:
Please insert a SIM card to continue


9:41 PM
40%
68362
Wednesday, Jan 29 • 2:10 PM
⏰ The Time to Rise Summit is one day away! Join us TODAY at 11am PT | 2pm ET for your final pre-training to get primed and ready for your breakthrough at the summit! Join here 👉 timetorisesummit.com/training
Tap to load preview
Thursday, Jan 30 • 2:29 PM
[Day 1] You're t missing
Please insert a SIM card to continue


9:41 PM
40%
68362
[Day 1] Only an hour in, and the summit is buzzing! Ignite your inner power and make this your best year yet! Join Tony now: slktxt.io/159Il
If you are on the live summit already you can ignore this ��👊
Tap to load preview
Friday, Jan 31 • 1:39 PM
Day 2 of the summit goes LIVE any minute! Discover the #1 belief t...
Please insert a SIM card to continue


9:40 PM
40%
68362
Monday, Jan 27 • 1:40 PM
🚨 Today: LIVE Time to Rise Summit bonus training with Dean Graziosi at 11am PT | 2pm ET to align your mindset and kickstart your momentum! timetorisesummit.com/training

(Reply STOP to cancel)
Tap to load preview
Wednesday, Jan 29 • 2:10 PM
⏰ The Time to Rise Summit is one day away!
Join us TODAY at 11am
Please insert a SIM card to continue


9:41 PM
40%
68362
Wednesday, Jan 29 • 2:10 PM
⏰ The Time to Rise Summit is one day away! Join us TODAY at 11am PT | 2pm ET for your final pre-training to get primed and ready for your breakthrough at the summit! Join here 👉 timetorisesummit.com/training
Tap to load preview
Thursday, Jan 30 • 2:29 PM
[Day 1] You're t missing
Please insert a SIM card to continue


9:41 PM
40%
68362
Thursday, Jan 30 • 2:29 PM
[Day 1] You're not missing this, are you? Tony's LIVE right now for the Time to Rise Summit, sharing everything you need to make this your best year yet! Join now: slktxt.io/159lg
Tap to load preview
[Day 1] Only an hour in, and the summit is buzzing! Ignite your inner power and make this your best year yet! Join
ny now:
Please insert a SIM card to continue


9:40 PM
40%
68362
Wednesday, Jan 22 • 10:17 AM
Texting with 68362 (SMS/MMS)
It's official! 🎉 You're in for the Time to Rise Summit with Tony Robbins! Here's to making 2025 your breakout year! Check out everything you need for your event right here: https://timetorisesummit.com/registration-confirmed
(Reply STOP to cancel)
Please insert a SIM card to continue


9:41 PM
40%
68362
[Day 1] Only an hour in, and the summit is buzzing! Ignite your inner power and make this your best year yet! Join Tony now: slktxt.io/159Il
If you are on the live summit already you can ignore this ��👊
Tap to load preview
Friday, Jan 31 • 1:39 PM
Day 2 of the summit goes LIVE any minute! Discover the #1 belief t...
Please insert a SIM card to continue


9:40 PM
40%
68362
Monday, Jan 27 • 1:40 PM
🚨 Today: LIVE Time to Rise Summit bonus training with Dean Graziosi at 11am PT | 2pm ET to align your mindset and kickstart your momentum! timetorisesummit.com/training
(Reply STOP to cancel)
Tap to load preview
Wednesday, Jan 29 • 2:10 PM
⏰ The Time to Rise Summit is one
y away!
Join us TODAY at 11am
Please insert a SIM card to continue


9:41 PM
40%
68362
Saturday, Feb 1 • 2:16 PM
[Summit Day 3] The grand finale is LIVE any minute. Tony is about to reveal what it REALLY takes to be successful and happy in today's world! Join now: slktxt.io/159IN
Tap to load preview
The last day of the summit is in FULL SWING! This is the day Tony ties it all together to make your next level REAL... Join now: slktxt.io/
IS
Please insert a SIM card to continue


9:41 PM
40%
68362
[Summit Day 2] The chat is on FIRE with your comments anticipating Tony's method to create LASTING change! He's revealing it soon... Join us now because it's only happening once! slktxt.io/159lz
If you are on the live summit already you can ignore this 😉👊
Tap to load preview
Saturday, Feb 1 • 2:16 PM
Please insert a SIM card to continue


9:41 PM
40%
68362
The last day of the summit is in FULL SWING! This is the day Tony ties it all together to make your next level REAL... Join now: slktxt.io/159IS
Tap to load preview
Saturday, Feb 1 • 3:25 PM
[Final hours] There's still time to join us at the Time to Rise Summit! Tony's about to reveal the 7-step path to get the results you want this year. Join now >>>slktxt.io/15
Please insert a SIM card to continue


9:41 PM
40%
68362
Friday, Jan 31 • 1:39 PM
Day 2 of the summit goes LIVE any minute! Discover the #1 belief that influences EVERY area of your life! Join now >>>slktxt.io/159In
Tap to load preview
[Summit Day 2] Team Tony here... we're LIVE right now and Tony's about to reveal the most powerful belief you have—and how this radically shapes your entire life! Joi ow!
Please insert a SIM card to continue


9:41 PM
40%
68362
[Summit Day 2] Team Tony here... we're LIVE right now and Tony's about to reveal the most powerful belief you have—and how this radically shapes your entire life! Join now! slktxt.io/159lq
Tap to load preview
[Summit Day 2] The chat is on FIRE with your comments anticipating Tony's method to create LASTING change! He's revealing it so... Join us
Please insert a SIM card to continue


9:41 PM
40%
68362
Monday, Feb 3 • 1:39 PM
15-MINUTE REMINDER! Ready to unlock the 5 keys to success and transform your life this year and beyond? Join Tony now! Hurry over: slktxt.io/15hUw
Tap to load preview
LIVE NOW! Hurry, Tony's live for a summit BONUS DAY all about his 5 personal keys to thrive! Learn how to make your life extraordinary now >>>
Please insert a SIM card to continue


9:41 PM
40%
68362
Monday, Feb 3 • 11:13 AM
[BONUS] Summit bonus day is in just a few hours! Discover the 5 keys Tony uses to rise above any challenge! Join us live at 2pm ET and make 2025 extraordinary: slktxt.io/15hUs
Tap to load preview
Monday, Feb 3 • 1:39 PM
15-MINUTE REMINDER! Ready to unlock the 5 keys to success and
Please insert a SIM card to continue


9:41 PM
40%
68362
Saturday, Feb 1 • 3:25 PM
[Final hours] There's still time to join us at the Time to Rise Summit! Tony's about to reveal the 7-step path to get the results you want this year. Join now >>>slktxt.io/159IY
If you are on the live summit already you can ignore this 😉👊
Tap to load preview
(LIVE NOW) Dean Graziosi is about to re
Please insert a SIM card to continue


9:41 PM
40%
68362
(LIVE NOW) Dean Graziosi is about to reveal a powerful tool you can use FOR LIFE to create massive results. Don't miss the last moments of the summit: slktxt.io/15ebB
Tap to load preview
Monday, Feb 3 • 11:13 AM
[BONUS] Summit bonus day is in just a few hours! Discover the 5 keys Tony uses to rise above any challenge! Joi s live at
Please insert a SIM card to continue


9:41 PM
40%
68362
LIVE NOW! Hurry, Tony's live for a summit BONUS DAY all about his 5 personal keys to thrive! Learn how to make your life extraordinary now >>> slktxt.io/15hUz
Wednesday, Feb 5 • 1:38 PM
Almost gone! 24 hours left before the summit-only Total Transformation Package offer ends. Get all the details: https://timetorisesummit.com/ttp
1:38 PM
Please insert a SIM card to continue

19. Defendant delivered, or caused to be delivered, at least eight of the subject text messages to telephone number (804) 238-XXXX thirty-one or more days after Plaintiff registered telephone number (804) 238-XXXX with the DNC Registry.

20. The subject text messages were intended for someone other than, and unknown to, Plaintiff.

21. The purpose of the subject text messages was to advertise and market Defendant's business or services.

22. Plaintiff did not give Defendant prior express consent or permission to deliver, or cause to be delivered, advertisement or marketing text messages to telephone number (804) 238-XXXX.

23. Plaintiff did not request information or promotional materials from Defendant.

24. Plaintiff suffered actual harm as a result of the subject text messages in that he suffered an invasion of privacy, an intrusion into his life, and a private nuisance.

25. Upon information and good faith belief, Defendant knew, or should have known, that telephone number (804) 238-XXXX was registered with the DNC Registry on and after April 18, 2023.

**Class Action Allegations**

26. Plaintiff brings this action under Federal Rule of Civil Procedure 23, and as a representative of the following class:

> All persons throughout the United States (1) who did not provide their telephone number to Robbins Research International, Inc., (2) to whom Robbins Research International, Inc. delivered, or caused to be delivered, more than one voice message or text message within a 12-month period, promoting Robbins Research International, Inc. goods or services, (3) where the person's residential or cellular telephone number had been registered with the National Do Not Call Registry for at least thirty days before Robbins Research International, Inc. delivered, or caused to be delivered, at least two of the voice messages or text messages within the 12-

month period, (4) within four years preceding the date of this complaint and through the date of class certification.

27. Excluded from the class is Defendant, its officers and directors, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendant has or had a controlling interest.

28. Upon information and belief, the members of the class are so numerous that joinder of all of them is impracticable.

29. The exact number of members of the class is unknown to Plaintiff at this time, and can be determined only through appropriate discovery.

30. The class is ascertainable because it is defined by reference to objective criteria.

31. In addition, the members of the class are identifiable in that, upon information and good faith belief, their telephone numbers, names, and addresses can be identified in business records maintained by Defendant, and by third parties.

32. Plaintiff's claims are typical of the claims of the members of the class.

33. As it did for all members of the class, Defendant delivered, or caused to be delivered, solicitation text messages to Plaintiff's telephone number more than thirty days after Plaintiff's telephone number was registered with the DNC Registry.

34. Plaintiff's claims, and the claims of the members of the class, originate from the same conduct, practice, and procedure on the part of Defendant.

35. Plaintiff's claims are based on the same theories as are the claims of the members of the class.

36. Plaintiff suffered the same injuries as the members of the class.

37. Plaintiff will fairly and adequately protect the interests of the members of the class.

38. Plaintiff's interests in this matter are not directly or irrevocably antagonistic to the

interests of the members of the class.

39. Plaintiff will vigorously pursue the claims of the members of the class.

40. Plaintiff has retained counsel experienced and competent in class action litigation.

41. Plaintiff's counsel will vigorously pursue this matter.

42. Plaintiff's counsel will assert, protect, and otherwise represent the members of the class.

43. The questions of law and fact common to the members of the class predominate over questions that may affect individual members of the class.

44. Issues of law and fact common to all members of the class are:

a. Defendant's conduct, pattern, and practice as it pertains to delivering, or causing to be delivered, advertisement and telemarketing text messages;

b. Defendant's practice of delivering, or causing to be delivered, text messages, for solicitation purposes, to telephone numbers already registered on the DNC Registry for more than thirty days;

c. Defendant's violations of the TCPA; and

d. The availability of statutory penalties.

45. A class action is superior to all other available methods for the fair and efficient adjudication of this matter.

46. If brought and prosecuted individually, the claims of the members of the class would require proof of the same material and substantive facts.

47. The pursuit of separate actions by individual members of the class would, as a practical matter, be dispositive of the interests of other members of the class, and could substantially impair or impede their ability to protect their interests.

48. The pursuit of separate actions by individual members of the class could create a risk of inconsistent or varying adjudications, which might establish incompatible standards of conduct for Defendant.

49. These varying adjudications and incompatible standards of conduct, in connection with presentation of the same essential facts, proof, and legal theories, could also create and allow the existence of inconsistent and incompatible rights within the class.

50. The damages suffered by the individual members of the class may be relatively small, thus, the expense and burden to litigate each of their claims individually make it difficult for the members of the class to redress the wrongs done to them.

51. The pursuit of Plaintiff's claims, and the claims of the members of the class, in one forum will achieve efficiency and promote judicial economy.

52. There will be no extraordinary difficulty in the management of this action as a class action.

53. Defendant acted or refused to act on grounds generally applicable to the members of the class, making final declaratory or injunctive relief appropriate.

**Count I**
**Violation of 47 U.S.C. § 227(c)(5)**

54. Plaintiff repeats and re-alleges each and every factual allegation contained in paragraphs 1-48.

55. In 2003, the Federal Communications Commission ("FCC") ruled that cellular telephone numbers that are placed on the DNC registry are presumed to be residential. *In Re Rules & Regulations Implementing the Tel. Consumer Prot. Act of 1991*, 18 F.C.C. Rcd. 14014, 14039 (2003).

56. A text message is a "call" as defined by the TCPA. *See Duran v. La Boom Disco, Inc.*, 955 F.3d 279, 280 n.4 (2d Cir. 2020) ("It is undisputed that '[a] text message to a cellular telephone . . . qualifies as a 'call' within the compass of [the TCPA].'") (internal citation omitted); *Satterfield v. Simon & Schuster, Inc.*, 569 F.3d 946, 954 (9th Cir. 2009) (explaining that a text message is a "call" as defined by the TCPA).

57. The TCPA's implementing regulation, 47 C.F.R. § 64.1200(c), provides that "[n]o person or entity shall initiate any telephone solicitation" to "[a] residential telephone subscriber who has registered his or her telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the federal government."

58. Section 64.1200(e) provides that §§ 64.1200(c) and (d) "are applicable to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers."

59. Any "person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may" may bring a private action based on a violation of those regulations, which were promulgated to protect telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object. 47 U.S.C. § 227(c).

60. Defendant violated 47 C.F.R. § 64.1200(c) by initiating, or causing to be initiated, telephone solicitations to persons such as Plaintiff and the class members who registered their respective cellular or residential telephone numbers with the DNC Registry, which is a listing of persons who do not wish to receive telephone solicitations that is maintained by the federal government.

61. Defendant violated 47 U.S.C. § 227(c)(5) because it delivered, or caused to be delivered, to Plaintiff and members of the class, more than one solicitation text message in a 12-month period in violation of 47 C.F.R. § 64.1200.

62. As a result of Defendant's violations of 47 U.S.C. § 227(c)(5) and 47 C.F.R. § 64.1200, Plaintiff, and the members of the class, are entitled to damages in an amount to be proven at trial.

**Prayer for Relief**

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Determining that this action is a proper class action;

b) Designating Plaintiff as a class representative of the class under Federal Rule of Civil Procedure 23;

c) Designating Plaintiff's counsel as class counsel under Federal Rule of Civil Procedure 23;

d) Adjudging and declaring that Defendant violated 47 U.S.C. § 227(c)(5);

e) Enjoining Defendant from continuing its violative behavior, including continuing to deliver, or causing to be delivered, solicitation text messages to telephone numbers registered with the DNC Registry for at least thirty days;

f) Awarding Plaintiff and the members of the class damages under 47 U.S.C. § 227(c)(5)(B);

g) Awarding Plaintiff and the members of the class treble damages under 47 U.S.C. § 227(c)(5)(C);

h) Awarding Plaintiff and the class reasonable attorneys' fees, costs, and expenses under Rule 23 of the Federal Rules of Civil Procedure;

i) Awarding Plaintiff and the members of the class any pre-judgment and post-judgment interest as may be allowed under the law; and

j) Awarding such other and further relief as the Court may deem just and proper.

**Demand for Jury Trial**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a trial by jury of any and all triable issues.

Dated: May 8, 2025

PLAINTIFF, on behalf of himself
and others similarly situated,

*/s/ William Robinson*
William Robinson
VSB:76098
319 N. Piedmont St., #1
Arlington VA. 22203
ph. 703-789-4800
wprlegal@gmail.com

*/s/ Anthony I. Paronich*
Anthony I. Paronich, *Subject to Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com