# EXHIBIT A

March 14, 2025

VIA EMAIL: DOliver.HeidarpourLawFirm@gmail.com

Heidarpour Law Firm, PLLC
Attn: Dana J. Oliver, Esq.
1300 Pennsylvania Avenue NW, 190-318
Washington, D.C. 20004

Re: *Telephone Consumer Protection Act re Phone # 804-238-5410*

Dear Dana Oliver, Esq.:

This letter is in reply to your letter dated February 15, 2025, regarding the Telephone Consumer Protection Act related to the phone number 804-238-5410 (the "5410 Number").

As an initial matter, as I briefly mentioned in my email dated March 4, 2025, Robbins Research International, Inc. ("RRI") is well versed regarding its obligations in sending mass marketing text messages and the requirement that the number has been specifically opted-in to receive such marketing text messages. We pride ourselves in sending such marketing text messages only to numbers where we have received the opt-in authorization to do so.

In reviewing the matter on the 5410 Number, our records indicate that we have several instances where the customer associated with this number opted-in to receive such marketing text messages, with the last affirmative opt in being on or about January 31, 2024. Additionally, according to our records, regarding the time period in question as provided in your letter, the 5410 Number received a limited number of text messages (which were a mix between marketing and informational) between January 22-February 6, 2025. Finally, our records indicate that the 5410 Number affirmatively opted-out from receiving any further text messages on or about March 4, 2025. After that date (and even before that date, per our records) the 5410 Number has received no further text messages and the 5410 Number is now no longer in our database to receive any further text messages in the future.

This letter is not intended to constitute a full statement of all facts and circumstances related to this matter, nor is it intended to be, nor should it be construed as a waiver, release, or relinquishment of any rights or remedies which may be available to RRI regarding this matter, whether legal or equitable, all of which are hereby expressly reserved.

Please share and review this information with your client, and let us know if you have any further questions.

Sincerely,

*Bruce Levine*

Bruce Levine, Esq.
Assoc. Counsel
Robbins Research International, Inc.