**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**AT ALEXANDRIA**

| | |
|---|---|
| **ANDREW JAMES MCGONIGLE**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ROBBINS RESEARCH INTERNATIONAL, INC.**,<br><br>Defendant. | No. 1:25-cv-00800-LMB-WEF<br><br>District Judge Leonie M. Brinkema<br><br>Magistrate Judge William E. Fitzpatrick |

**NOTICE OF SETTLEMENT AND JOINT**
**MOTION TO STAY CASE DEADLINES**

Plaintiff Andrew James McGonigle and Defendant Robbins Research International, Inc. ("the Parties"), by and through their undersigned counsel, hereby notify the Court that they have reached an agreement in principle on a settlement in this matter. The Parties are preparing proper documentation to effectuate this settlement and anticipate submitting these documents within 60 days of filing this notice. As such, the Parties hereby move this court to stay all case deadlines and strike any upcoming hearings.

Dated: February 2, 2026

Respectfully submitted,

*/s/ Anthony Paronich*

Anthony I. Paronich (*pro hac vice*)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: (508) 221-1510
anthony@paronichlaw.com

William Robinson (VSB:76098)
**WILLIAM P. ROBINSON III, ESQ.**
1934 Old Gallows Road, Suite 350K
Vienna, Virginia 22182
T: (703) 789-4800
wprlegal@gmail.com

Alex Phillips (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
aphillips@straussborrelli.com

*Counsel for Plaintiff*

Dated: February 2, 2026

Respectfully submitted,

*/s/ Rachel Raphael*

Rachel Raphael
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave., NW
Washington, DC 20004
Tel: 202-739-3000
rachel.raphael@morganlewis.com

Ezra Dodd Church

**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market St
Philadelphia, PA 19103
Tel: 215-963-5000
ezra.church@morganlewis.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I, William Robinson, hereby certify that on February 2, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 2nd day of February, 2026.

Respectfully submitted,

By: */s/ William Robinson*

William Robinson (VSB:76098)
**WILLIAM P. ROBINSON III, ESQ.**
1934 Old Gallows Road, Suite 350K
Vienna, Virginia 22182
T: (703) 789-4800
wprlegal@gmail.com