**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**AT ALEXANDRIA**

| | |
|---|---|
| **ANDREW JAMES MCGONIGLE**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ROBBINS RESEARCH INTERNATIONAL, INC.**,<br><br>Defendant. | No. 1:25-cv-00800-LMB-WEF<br><br>District Judge Leonie M. Brinkema<br><br>Magistrate Judge William E. Fitzpatrick |

**[PROPOSED] ORDER GRANTING JOINT**
**MOTION TO STAY CASE DEADLINES**

Before the Court is the Parties' Notice of Settlement and Joint Motion to Stay Case Deadlines, as filed on February 2, 2026. Having considered the same, and good cause appearing, it is the opinion of this Court that said request should be **GRANTED**.

It is hereby **ORDERED** that the clerk shall stay all case deadlines and strike any upcoming hearings.

**IT IS SO ORDERED** this the __________ day of ______________________, 2026.

__________________________________________
Judicial Officer: _____________________________

Dated: February 2, 2026

Respectfully submitted,

*/s/ Anthony Paronich*

Anthony I. Paronich (*pro hac vice*)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: (508) 221-1510
anthony@paronichlaw.com

William Robinson (VSB:76098)
**WILLIAM P. ROBINSON III, ESQ.**
1934 Old Gallows Road, Suite 350K
Vienna, Virginia 22182
T: (703) 789-4800
wprlegal@gmail.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, William Robinson, hereby certify that on February 2, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 2nd day of February, 2026.

Respectfully submitted,

By: */s/ William Robinson*

William Robinson (VSB:76098)
**WILLIAM P. ROBINSON III, ESQ.**
1934 Old Gallows Road, Suite 350K
Vienna, Virginia 22182
T: (703) 789-4800
wprlegal@gmail.com